MAUDE L. HANLEY, Appellant, v. JAMES B. PRICE, Respondent.— Judgment and order reversed on the law and a new trial granted, with costs to appellant to abide the event, on the ground that the question of defendant's negligence was for the jury; that there was evidence sufficient to require the submission of the question to the jury. We are not now passing upon the question whether a verdict for the plaintiff would have been against the weight of the evidence, as we did in the case of *Froehlich* v. *Trevor* (219 App. Div. 863). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JAMES E. HANLEY, Appellant, v. JAMES B. PRICE, Respondent.— Judgment and order reversed on the law and a new trial granted, with costs to appellant to abide the event, on the ground that the question of defendant's negligence was for the jury; that there was evidence sufficient to require the submission of the question to the jury. We are not now passing upon the question whether a verdict for plaintiff would have been against the weight of the evidence, as we did in the case of *Froehlich* v. *Trevor* (219 App. Div. 863). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Judicial Settlement of the Accounts of the MARINE TRUST COMPANY OF BUFFALO and JOHN B. RICHARDS, as Temporary Administrators and as Executors of the Estate of GEORGE A. FORMAN, Deceased.— Decree affirmed, with costs to the executor, payable out of the estate. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

EDWARD A. JANDORF and Another, Respondents, v. WIMAN H. SMITH and Another, as Executors, etc., of JOHN H. SMITH, Deceased, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

FRANCES McFARLANE, Respondent, v. CITY OF NIAGARA FALLS, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JENNIE L. CANFIELD, Respondent, v. ELMER E. HARRIS & COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and judgment modified by striking out the words " against the plaintiff upon the issues in this action," and inserting therein in lieu thereof the following: " dismissing the complaint accordingly." All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ALBERT CHARLES AMANN, an Infant, etc., Respondent, v. MYRON THURSTON, SR., and Another, Appellants, Impleaded with Another, Defendant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.